UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ABIDEMI RUFAI,<br><br>　　　　　Defendant/Judgment Debtor,<br><br>　and<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　Garnishee. | NO. 3:23-mc-5001-BHS<br><br>(3:21-CR-5186-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

　　　THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Abidemi Rufai, from Bank of America, N.A., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

　　　ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bank of America, N.A., whose address is Bank of America, N.A., Attn: Legal Order Processing/ Christina IV, 800 Samoset Drive, Newark, DE 19713.

//

DATED this 5th day of January, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail:  kyle.forsyth@usdoj.gov